IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. SCOTT JEFFREY MELNICK

v.    C.A. NO. 14-3062

JOHN VOITUS

**FILED**
MAR -4 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 4th day of March, 2015, upon review of the amended complaint in this matter, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE, and the Clerk shall mark this case closed.

It is further ORDERED that no further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the undersigned.

BY THE COURT:

JEFFREY L. SCHMEHL, J.